

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00337-CV

---

**Martin Munoz Martinez, Individually and on Behalf of the Estate of M.A.M., a Minor Child, Deceased, Appellant**

v.

**Zia Homes of El Paso, LLC and Zia Homes, Inc., Appellees**

---

On Appeal from the County Court at Law No. 7
El Paso County, Texas
Trial Court No. 2022-DCV-3506A

---

## MEMORANDUM OPINION

Before the Court is "Appellant's Agreed Motion to Dismiss Appeal" filed on June 15, 2026. The parties report that they have "reached a resolution of this case, and have agreed that the appeal will be dismissed with prejudice." The motion further states that all the "costs shall be paid by the party incurring the same." The motion is signed by counsel for both sides.

The motion is granted and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Costs are taxed against the party incurring the same pursuant to the agreed motion. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

June 19, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.